Commonwealth *v.* Bordner, Appellant.

Submitted March 13, 1967. *Frank Bordner,*

appellant, in propria persona; *Henry W. Rhoads,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.